HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL SANCHEZ-GONZALEZ,<br><br>Defendant. | Cause No. CR16-336RAJ<br><br>ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM EXHIBIT |

This matter comes before this Court on Defendant Manuel Sanchez-Gonzalez's Motion to Seal Defendant's Sentencing Memorandum Exhibit, and good cause appearing,

NOW THEREFORE, Defendant's Motion to Seal (Dkt. #83) is GRANTED> Defendant Sanchez-Gonzalez's sentencing memorandum exhibit, which was filed under seal under Dkt. #84, shall remain under seal.

DATED this 1st day of September, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
DEFENDANT'S SENTENCING
MEMORANDUM EXHIBIT - 1

*Jennifer Kaplan*
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818